668

(No. 75-CC-1088—▮▮▮▮▮▮▮)

MICHAEL REESE HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH EMERGENCY PSYCHIATRIC INPATIENT AGREEMENT, Respondent.

*Opinion filed June 20, 1975.*

MICHAEL REESE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1148—▮▮▮▮▮▮▮)

UNIVERSITY OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 20, 1975.*

UNIVERSITY OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.